SPOOLAN REALTY CORPORATION, Respondent, Appellant, v. THEODORE HAEBLER and Others, Respondents, Impleaded with GNILBE CORPORATION, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY ANAGNOST, Respondent, v. HARRISON GRIFFIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

McCREADY-PARKS, INC., Appellant, v. LYTTON G. AMENT, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH SAVOCA, as Administrator, etc., of CARMELO SAVOCA, Deceased, Respondent, v. EDWARD C. GRIFFIN & SON, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P: J., McAvoy, Martin, O'Malley and Townley, JJ.

THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, Appellant, v. SPENCER, WHITE & PRENTIS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM P. CULLOM, Respondent, v. CHENANGO TEXTILE CORPORATION, a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Martin, J., dissent.

THE NATIONAL CITY BANK OF NEW YORK and Another, Appellants, v. WALTER C. LOUCHHEIM and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WAMPUM OIL CORPORATION, Appellant, v. LAGO PETROLEUM CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs awarded to defendant by the order appealed from. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HILDEGARDE MOSER and Another, Respondents, v. CHARLES O. CORN and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [140 Misc. 417.]

IRVING TRUST COMPANY, Appellant, v. CHASE NATIONAL BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID BRENNER and NATHAN BRENNER, Respondents, v. TIFFANY ARMS REALTY CORPORATION and Others, Defendants, Impleaded with IRVING TRUST COMPANY, as Trustee, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents.

FABRICS FACTORS CORPORATION, Respondent, v. MORRIS ISER, Appellant.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, on the ground that issues of fact are involved requiring a trial. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.